# UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| Phillip Warren Bradley | ) | Case Number: 6:08-mj-00218-WMW |
| | ) | USM Number: |
| | ) | Charles Lee, A.F.D. |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    One and Six

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 USC 60 | Hunt or Kill, Wound or Capture Wildlife in Yosemite | 10/4/2008 | One |
| 36 C.F.R. 2.4(a)(1)(i) | Possessing a Weapon | 10/4/2008 | Six |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)   2,3,4,5 and 6:08-mj-245-WMW   ☐ is   ☑ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/3/2009
Date of Imposition of Judgment

/s/ William M. Wunderlich
Signature of Judge

William M. Wunderlich     U.S. Magistrate
Name of Judge     Title of Judge

2/3/2009
Date

DEFENDANT: Phillip Warren Bradley
CASE NUMBER: 6:08-mj-00218-WMW

Judgment—Page _____ of ___3___

## ADDITIONAL PROBATION TERMS

Defendant is placed on 36 months of Unsupervised Probation.

Terms and Conditions:

Pay fine of $ 4490 and $10 penalty assessment as to Count 1.

Pay fine of $490 and $10 penalty assessment as to Count 6.

Fine shall be paid in payments of $140 per month, commencing on 3/3/2009 and due on the 3 of each month until paid in full. Payments shall be sent to Clerk of Court, 501"I" St. #4200, Sacramento, CA  95814.

Defendant shall obey laws both state and federal.

Defendant shall serve three days custody with credit for three days served.

Defendant shall not enter Yosemite National Park boundaries for duration of probation.

Defendant shall forfeit the following property to the United States:
1.) Remmington .308 Model 742 and associated magazines (Serial No. 7238377).
2.) Redfield 2x-7x Tracker Scope.
3.) Kolpin (black) hard sided rifle case.
4.) Original Precise Deerslayer hunting knife.
5.) Tree Stand (ladder/seat).
6.) Camouflage umbrella.

Bond in the amount of $7500 is exonerated and shall be returned to surety.